IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTIAGO TURRIETA,

      **Plaintiff,**

v.                                                    No. CV 10-0192 WJ/LAM

ROBERT ULIBARRI, et al.,

      **Defendants.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Financial Certificate (Doc. 8)*, which he filed on April 12, 2010, in response to the Court's *Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause (Doc. 6)*.  In the Court's *Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause (Doc. 6)*, the Court granted Plaintiff leave to proceed *in forma pauperis* and required Plaintiff to pay an initial partial statutory filing fee payment of $9.82 pursuant to 28 U.S.C. § 1915(b)(1).  Plaintiff's *Financial Certificate (Doc. 8)* states that $9.82 was being forwarded to the Court; however, the Clerk has received no payments from Plaintiff.  Plaintiff will be directed, again, to cure the deficiency or show cause why the payment should be excused.  Failure to comply with this order **may result in dismissal of Plaintiff's complaint without further notice**.

**IT IS THEREFORE ORDERED** that, **within thirty (30) days from entry of this order**, Plaintiff make the previously ordered payment or show cause why the payment should be excused.

**IT IS SO ORDERED.**

                                                          */s/ Lourdes A. Martínez*
                                      **THE HONORABLE LOURDES A. MARTÍNEZ**
                                      **UNITED STATES MAGISTRATE JUDGE**