## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SANTIAGO TURRIETA,**

    **Plaintiff,**

**v.**                                                            **No. CV 10-0192 WJ/LAM**

**ROBERT ULIBARRI, et al.,**

    **Defendants.**

### ORDER

**THIS MATTER** is before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and Fed. R. Civ. P. 12(b)(6), on Plaintiff's ***Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1)***. Plaintiff is incarcerated, appears *pro se*, and is proceeding *in forma pauperis*. The complaint alleges that Defendants Lytle, Ritchie, Baca, Gallegos, and Vallejos seriously injured Plaintiff by unnecessary use of excessive force, and their actions resulted from a conspiracy to violate Plaintiff's constitutional rights. ***Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1)*** at 4-5, 6, 9-26. The complaint further alleges that Defendants Campos and Ulibarri deliberately delayed necessary medical treatment for Plaintiff's injuries. *Id.* at 26-27. Plaintiff contends that Defendants' actions violated his rights under the Fifth, Eighth, and Fourteenth Amendments. *Id.* at 18, 20, 23, 25-26, 27. Plaintiff seeks damages. *Id.* at 27. Plaintiff's allegations against the named Defendants survive initial scrutiny under Fed. R. Civ. P. 12(b)(6) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007) (requiring that a complaint contain "enough facts to state a claim to relief that is plausible on its face").

**IT IS THEREFORE ORDERED** that the Clerk is directed to issue notice and waiver of service forms, with copies of the complaint, for Defendants.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　*Lourdes A. Martínez*
　　　　　　　　　　　　　　　　　　　　　　**LOURDES A. MARTÍNEZ**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**